**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ **1st** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **Thomas R. Ganton** | JOINT DEBTOR: | **Haydee M. Gomez Marmoria** | CASE NO.: |
|---|---|---|---|---|
| Last Four Digits of SS# | **xxx-xx-8378** | Last Four Digits of SS# | **xxx-xx-3494** | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A.  $ **572.01**   for months **1** to **12** ;
B.  $ **365.76**   for months **13** to **60** ;
C.  $ _____   for months _____ to _____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee -   $ **3,500.00**       TOTAL PAID $ **2,500.00**
MTVC(Home) - 750.00
MTVC(Vehicle)- 500.00

Balance Due   $ **2250.00**  payable $ **187.50** /month  (Months **1** to **12** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Address: _____
Account No: _____

Arrearage on Petition Date  $ _____
Arrears Payment  $ _____ /month  (Months **1** to **60** )
Regular Payment  $ _____ /month  (Months **1** to **60** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Third Federal Savings and Loan**<br>**7007 Broadway Avenue**<br>**Cleveland, OH 44105**<br>**Account No: **1566** | **Location: 5536 Eton Court, Boca Raton, Florida 33486**<br>$ 170,000.00 | 0.00% | $ 0.00 | To | 0.00 |
| Lexus Financial Services - BK Dept.<br>P.O. Box 8026<br>Cedar Rapids, IA 52408<br>Acct No. 7033 | 2005 Lexus ES 330; VIN: JTHBA30G255125305<br>15,200.00 | 5.25% | 288.59 | 1 To 60 | 17, 315.40 |

Priority Creditors: [as defined in 11 U.S.C. §507]

Total Due   $ _____
Payable   $ _____ /month   (Months **1** to **60** )   Regular Payment $ n/a

Unsecured Creditors: Pay $ **43.92** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**
**Assumed Contracts and/or Leases**
**-NONE-**

**Special Intentions:**
**Third Federal Savings and Loan, Acct. *1566: Debtor intends to avoid lien.**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                       Best Case Bankruptcy

**Penny Mac Loan Services, LLC, Act. *5479:** **Debtor is surrendering the Property secured by this debt to the Creditor. Creditor shall be allowed an unsecured claim for the deficiency balance owed.**

**CitiMortgage, Inc., Acct. * 1618:** **Debtor will pay claim directly outside of the plan.**

**Lexus Financial Services, Acct. *7033 :** **Debtor intends to cram down the lien on the secured property and pay it through the plan.**

**CitiMortgage, Inc., Acct *7058:** **Debtor is surrendering the Property secured by this debt to the Creditor. Creditor shall be allowed an unsecured claim for the deficiency balance owed.**

**Regions Mortgage, Acct. *0505:** **Debtor is surrendering the Property secured by this debt to the Creditor.  Creditor shall be allowed an unsecured claim for the deficiency balance owed.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Thomas R. Ganton | /s/ **Haydee M. Gomez Marmoria** |
|---|---|
| **Thomas R. Ganton** | **Haydee M. Gomez Marmoria** |
| Debtor | Joint Debtor |
| Date:   November 8, 2010 | Date:   November 8, 2010 |